1  **WO**

2

3

4

5

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE DISTRICT OF ARIZONA

8

9  United States of America,                )    No. CR-12-01865-PHX-GMS
                                             )
10         Plaintiff,                        )
                                             )    **ORDER OF DETENTION**
11  vs.                                      )
                                             )
12  Esteban Rosario Espinoza-Medina,         )
                                             )
13         Defendant.                        )
                                             )
14  _____     )

15        A detention hearing and a preliminary revocation hearing on the Petition on

16  Supervised Release were held on July 14, 2014.

17        **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

18  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

19  has consented to the issue of detention being made based upon the allegations in the Petition.

20        **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

21  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

22  he is neither a serious flight risk nor a danger to the community. *United States v. Loya*, 23

23  F.3d 1529 (9th Cir. 1994).

24        **IT IS ORDERED** that the Defendant shall be detained pending further order of the

25  court.

26        DATED this 14 day of July, 2014.

27        _____
          Lawrence O. Anderson
28        United States Magistrate Judge